# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Exhibit # 15

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 490-2013-01298 |

Tennessee Human Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lataundra M. Shinault | (901) 458-8281 | -1971 |

Street Address: 1646 Jay Cove, Memphis, TN 38127

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF MEMPHIS FIRE DEPARTMENT | 500 or More | (901) 458-8281 |

Street Address: 4255 Raines Road, Memphis, TN 38111

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| City Of Memphis, | 500 or more | |

Street Address: 125 North Main Street, Memphis, TN 38103

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2008   Latest: 03-26-2013
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired on July 26, 2004 as a Firefighter.

In 2008 I was subjected to sexual harassment from Lt. W. Edwards, a male. After I complained of the sexual harassment internally, I have been subjected continuous retaliation in that I have been scheduled to work with Edwards. However, I have avoided him at all cost which includes, but not limited to requesting other employees to work for me. In addition, I have been yelled at by mgmt. officials and made to perform training duties. In 2009 and 2010, I was issued unmerited write-ups.

Recently, on March 26, 2013 I received two written reprimands and advised that I needed to seek the assistance of EAP. In addition, I believe that the schedules are being done by Edwards who constantly assigns me to work with him. I believe that this is an attempt to subject me to harassment and intimidation for my sexual harassment complaint.

Throughout the entire process, I have been told by ranking officers that I need to follow the change of command for complaints but no actions done to resolve the matter. I have been told there was no one else to complain to in an effort to keep me from seeking resolution and complaining to others.

I believe that I have been discriminated against because of my sex, female (sexual harassment) and retaliated against for complaining about the sexual harassment in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

APR 03 2013

Apr 03, 2013
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*
April 3, 2013

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>490-2014-00562 |
|---|---|---|

Tennessee Human Rights Commission and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Lataundra M. Shinault | (901) 458-8281 | -1971 |

Street Address: 1646 Jay Cove, Memphis, TN 38127

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CITY OF MEMPHIS FIRE DEPARTMENT | 500 or More | (901) 527-1400 |

Street Address: 125 North Main Street, Memphis, TN 38103

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-10-2013   Latest: 12-17-2013
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I filed a previous charge of discrimination on April 3, 2013, alleging sex discrimination and retaliation.

Since the filing of the first charge, I have become disabled due to the situation from the employer that has caused me to be off work. I received documentation stating that my resignation was effective May 26, 2013; however, I was on leave under FMLA. I remained on FMLA and extended leave until I was discharged on December 17, 2013. In addition, my extended leave request was not granted.

I believe that I was not granted additional leave and discharged because the above employer did not want to resolve my previous charge issues.

I believe that I have been retaliated against for filing a previous charge of discrimination (EEOC Charge No.: 490-2013-01298) in violation of Title VII of the Civil Rights Act of 1964, as amended and discriminated against due to my disability in violation of the Americans with Disabilities Act Amendments Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 27, 2013
Date — Charging Party Signature

*[Stamp: RECEIVED DEC 27 2013 EEOC MEMPHIS, TENN.]*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Dec. 27, 2013, G. Allen Hammond, Sr. Investigator