# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LATUNDRA SHINAULT, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 14-cv-2865-SHL-dkv |
| ) | |
| CITY OF MEMPHIS ) | |
| FIRE DEPARTMENT, ) | |
| ) | |
|     Defendant. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's *pro se* Complaint (ECF No. 1), filed October 31, 2014, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Adopting Report and Recommendations and Granting Motion to Dismiss (ECF No. 24), filed August 11, 2015, all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 11, 2015
Date